1  ANDREA A. TREECE, State Bar No. 237639
   atreece@earthjustice.org
2  DEBORAH S. REAMES, State Bar No. 117257
   dreames@earthjustice.org
3  Earthjustice
   426 17th Street, 5th Floor
4  Oakland, CA  94612
   Telephone:  510/550-6725
5  Facsimile:  510/550-6749

6  TRENT W. ORR, State Bar No. 077656
   953 Clayton Street, #5
7  San Francisco, CA  94117
   torr@earthjustice.org
8  Telephone:  415/665-2185
   Facsimile:  415/665-2592

9

   Attorneys for Intervenor-Defendants
10
   HAMILTON CANDEE, State Bar No. 111376
11 hcandee@nrdc.org
   KATHERINE POOLE, State Bar No. 195010
12 kpoole@nrdc.org
   Natural Resources Defense Council
13 111 Sutter St., 20th Floor
   San Francisco, CA  94104
14 Telephone: 415/875-6100
   Facsimile: 415/875/6161
15
   Attorneys for Intervenor-Defendant NRDC
16

17                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
18

19

20 CALIFORNIA FARM BUREAU, *et al.*,          )  Case No. 05-01280 OWW LJO
                                              )
21              Plaintiffs,                    )
                                              )  **SUBSTITUTION OF COUNSEL**
22         v.                                  )
                                              )  **and**
23 ANNE BADGLEY, *et al.*,                     )
                                              )  **NOTICE OF APPEARANCE**
24              Defendants,                    )
                                              )
25 NATURAL RESOURCES DEFENSE                   )
   COUNCIL, *et al.*,                          )
26                                             )
                Intervenor-Defendants.         )
27 _____    )

28

SUBSTITUTION OF COUNSEL – 05-01992 FCD-JFM                                    1

PDF created with pdfFactory trial version www.pdffactory.com

Intervenor-Defendants Natural Resources Defense Council, *et al.* hereby notify the Court and counsel that, effective immediately, Trent W. Orr replaces Howard I. Fox as Lead Attorney of record in the above-captioned case. Mr. Fox hereby withdraws from any further participation in this case.

Additionally, please enter the appearance of Andrea A. Treece and Hamilton Candee as co-counsel for all Intervenor-Defendants in this case.

DATED: October 6, 2005

/s/ Trent W. Orr
TRENT W. ORR
ANDREA A. TREECE

Counsel for Intervenor-Defendants


/s/ Hamilton Candee (as authorized on 10/6/05)
HAMILTON CANDEE

Counsel for Intervenor-Defendant
Natural Resources Defense Council


SO ORDERED:


Dated:  November _17___, 2005


/s/ OLIVER W. WANGER
OLIVER W. WANGER
U. S. District Judge

PDF created with pdfFactory trial version www.pdffactory.com