BRENDA JAHNS SOUTHWICK, State Bar No. 133087
RONDA AZEVEDO LUCAS, State Bar No. 222244
2300 River Plaza Drive
Sacramento, California 95833
Telephone: (916) 561-5665
Facsimile: (916) 561-5691

ALAN N. BICK, State Bar No. 151452
GIBSON, DUNN & CRUTCHER LLP
4 Park Plaza, Suite 1400
Irvine, CA 92614-8557
Telephone: (949) 451-3800
Facsimile: (949) 451-4220

*Attorneys for Proposed Intervenors
California Farm Bureau Federation*

CHRISTOPHER H. BUCKLEY, JR.
GIBSON, DUNN & CRUTCHER LLP
1050 Connecticut Avenue, N.W., Suite 900
Washington, D.C. 20036
Telephone: (202) 887-3621
Facsimile: (202) 530-9535

*Pro Hac*

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CALIFORNIA FARM BUREAU FEDERATION, a California non-profit corporation, *et al.*,<br>    Plaintiffs,<br><br>    v.<br><br>ANNE BADGLEY, in her official capacity as Regional Director of the United States Fish and Wildlife Service, Region 1, *et al.*,<br>    Defendants,<br>  and<br><br>NATURAL RESOURCES DEFENSE COUNCIL, *et al.*,<br>    Intervenor-Defendant. | Case No: 1:05-CV-01280<br><br>**STIPULATION AND ORDER CONTINUING SCHEDULING CONFERENCE**<br><br>**JUDGE:**   Hon. Oliver W. Wanger |

WHEREAS, a scheduling conference in this action is set for January 19, 2006 at 8:45 a.m.;

WHEREAS, on October 12, 2005, the Honorable Oliver W. Wanger entered an order reassigning this case to himself due to its apparent relatedness to *Natural Resources Defense Council v. Norton*, Case No. 1:05-CV-01207 OWW ("*Norton*") and other actions pending before this Court and set the scheduling conference for this action to occur at the same date and time as the *Norton* scheduling conference;

WHEREAS, on January 20, 2006, the U.S. District Court for the Northern District of California is scheduled to hear a motion to transfer another action, *Pacific Coast Federation of Fishermens' Associations et al. v. Gutierrez*, Case No. C-05-03232 JCS, to this Court;

WHEREAS, the motion to transfer is based on a contention that the *Norton* action and the Northern District action are related and should be decided by a single court;

WHEREAS, while the plaintiffs in the *Norton* action oppose the motion to transfer the Northern District action, all parties agree that it would be helpful to know the outcome of the motion to transfer before conducting a scheduling conference in the *Norton* action and have filed a stipulation requesting a continuance of the scheduling conference currently set for January 19, 2006 to February 8, 2006;

WHEREAS, while Intervenor-Defendants NRDC et al. do not agree that the motion to transfer the Northern District action should affect the date of the scheduling conference in this action, Intervenor-Defendants understand that due to a scheduling conflict Federal Defendants will be unable to participate in the January 19, 2006 scheduling conference, and therefore agree that the scheduling conference be moved to allow Federal Defendants to participate in the conference.

/ / /

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY STIPULATED by and among the parties, through their respective counsel, that the scheduling conference currently set for January 19, 2006 be continued to February 8, 2006 at 8:30 a.m.

Dated:  January 5, 2006

By   /s/ Brenda Jahns Southwick
    Brenda Jahns Southwick
    Ronda Azevedo Lucas
    Christopher H. Buckley
    Alan N. Bick
    Attorneys for PLAINTIFFS


SUE ELLEN WOOLDRIDGE
Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
SETH BARSKY, Assistant Section Chief


By   /s/ James A. Maysonnett (as authorized on 1/5/06)
    James A. Maysonett
    Trial Attorney (D.C. Bar No. 463856)
    Environment & Natural Resources Division
    U.S. Department of Justice
    Benjamin Franklin Station, P.O. Box 7369
    Washington, D.C.  20044-7369
    Telephone:  (202) 305-0216
    Facsimile:  (202) 305-0275
    Attorneys for FEDERAL DEFENDANTS


By   /s/ Andrea A. Treece (as authorized on 1/4/06)
    Trent W. Orr
    Andrea A. Treece
    Hamilton Candee
    Attorneys for DEFENDANT-INTERVENORS

## **ORDER**

The Court, having read and considered the foregoing stipulation, and good cause appearing,

**IT IS SO ORDERED.**


Dated:  __January 9, 2006_              /s/ OLIVER W. WANGER
                                        Honorable Oliver W. Wanger
                                        United States District Judge

# DECLARATION OF SERVICE

I am a citizen of the United States and employed in the County of Sacramento; I am over the age of eighteen years and not a party to the within entitled action; my business address is 2300 River Plaza Drive, Sacramento, California 95833.

On  January 5, 2006, I served the within:

**STIPULATION AND [PROPOSED] ORDER CONTINUING SCHEDULING CONFERENCE**

on the party (ies) in this action, by placing a true copy thereof in an appropriate, sealed envelope(s), each addressed as follows:

| | |
|---|---|
| Hamilton Candee<br>Natural Resources Defense Council<br>111 Sutter St., 20th Flr.<br>San Francisco, CA  94104 | Katherine S. Poole<br>Natural Resources Defense Council<br>111 Sutter St., 20th Flr.<br>San Francisco, CA  94104 |

I placed such sealed envelope(s), with postage thereon fully prepaid for first-class mail, for collection and mailing at California Farm Bureau Federation, Sacramento, California, following ordinary business practices.  I am readily familiar with the practice of California Farm Bureau Federation for collection and processing of correspondence - said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed   January 5, 2006  at Sacramento, California.

_____
Pamela K. Hotz